# Exhibit 30

Case 1:21-mc-00543-PKC   Document 3-30   Filed 07/23/21   Page 2 of 8

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY (ACRA)



**INFORMATION RESOURCES**

WHILST EVERY ENDEAVOR IS MADE TO ENSURE THAT INFORMATION PROVIDED IS UPDATED AND CORRECT. THE AUTHORITY DISCLAIMS ANY LIABILITY FOR ANY DAMAGE OR LOSS THAT MAY BE CAUSED AS A RESULT OF ANY ERROR OR OMISSION.

Register of Members of  GENERAL ATLANTIC SINGAPORE FUND PTE. LTD.  (201106196Z)

Date: 05/06/2021

| | | |
|---|---|---|
| Entity Name | : | GENERAL ATLANTIC SINGAPORE FUND PTE. LTD. |
| UEN | : | 201106196Z |
| Entity Type | : | PRIVATE COMPANY LIMITED BY SHARES |
| Status | : | Live Company |
| Date of Status | : | 15/03/2011 |

## Shareholder Details

| 1. Name of Member | GENERAL ATLANTIC SINGAPORE INTERHOLDCO LTD. | | |
|---|---|---|---|
| Address | CLARENDON HOUSE, 2 CHURCH STREET, HAMILTON HM 11 BERMUDA | Type of Member | Unregister Foreign Company |
| Identification No./UEN | T11UF1210L | Nationality/Citizenship | NA |
| Identification Type | NA | Occupation (Optional) | NA |
| Date Entered as a Member | | Date Ceased as a Member | |

### Current Holding

| S/N | Currency Type | Class of Shares | No. of Shares Held | Amount of paid up share capital or amount agreed to be considered as paid | Sub-Class of Share | No. of Shares Held (Sub-Class) | Shares Held in Trust (Optional) | Name of Trust (Optional) |
|---|---|---|---|---|---|---|---|---|
| 1 | SGD | Ordinary | 501 | 501 | | | ☐ | |
| 2 | USD | Ordinary | 2359641 | 2359641000 | | | ☐ | |
| 3 | USD | Preference | 4715410 | 4715410000 | | | ☐ | |

### Shares Allotted / Transferred In
*This table only shows lodgement from Incorporation, Amalgamation, Allotment of Shares and Transfer of Shares.

| S/N | Date of Entry into Register | Currency Type | Class of Shares | No. of Shares Held | Amount of paid up share capital or amount agreed to be considered as paid per acquisition/allotment | Sub-Class of Share | No. of Shares Held (Sub-Class) |
|---|---|---|---|---|---|---|---|
| 1 | 29/06/2016 | USD | Ordinary | 69134 | 69134000 | | |
| 2 | 29/06/2016 | USD | Preference | 69134 | 69134000 | | |
| 3 | 28/12/2016 | USD | Ordinary | 61972 | 61972000 | | |
| 4 | 28/12/2016 | USD | Preference | 61972 | 61972000 | | |
| 5 | 28/12/2017 | USD | Ordinary | 92521 | 92521000 | | |
| 6 | 28/12/2017 | USD | Preference | 652476 | 652476000 | | |

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY (ACRA)



**INFORMATION RESOURCES**

WHILST EVERY ENDEAVOR IS MADE TO ENSURE THAT INFORMATION PROVIDED IS UPDATED AND CORRECT. THE AUTHORITY DISCLAIMS ANY LIABILITY FOR ANY DAMAGE OR LOSS THAT MAY BE CAUSED AS A RESULT OF ANY ERROR OR OMISSION.

Register of Members of  GENERAL ATLANTIC SINGAPORE FUND PTE. LTD.  (201106196Z)

Date: 05/06/2021

### Shares Allotted / Transferred In
*This table only shows lodgement from Incorporation, Amalgamation, Allotment of Shares and Transfer of Shares.

| S/N | Date of Entry into Register | Currency Type | Class of Shares | No. of Shares Held | Amount of paid up share capital or amount agreed to be considered as paid per acquisition/allotment | Sub-Class of Share | No. of Shares Held (Sub-Class) |
|---|---|---|---|---|---|---|---|
| 7 | 28/12/2018 | USD | Ordinary | 548537 | 548537000 | | |
| 8 | 28/12/2018 | USD | Preference | 1202071 | 1202071000 | | |
| 9 | 30/12/2019 | USD | Ordinary | 63452 | 63452000 | | |
| 10 | 30/12/2019 | USD | Preference | 128618 | 128618000 | | |
| 11 | 31/12/2020 | USD | Ordinary | 1187118 | 1187118000 | | |
| 12 | 31/12/2020 | USD | Preference | 2374232 | 2374232000 | | |

### Shares Transferred Out
*This table only shows lodgement from Transfer of Shares.

| S/N | Date of Removal from Register | Currency Type | Class of Shares | No. of Shares Held | Sub-Class of Share | No. of Shares held (Sub-Class) | Name of Transferee |
|---|---|---|---|---|---|---|---|
| | No record found | | | | | | |

### Stock Details

| S/N | Date of Lodgement of Conversion | Date of Lodgement of Acquisition | Currency Type | No. of Stock or Stock Units | Amount of Stock/ Stock Units |
|---|---|---|---|---|---|
| | No record found | | | | |

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY (ACRA)



**INFORMATION RESOURCES**

WHILST EVERY ENDEAVOR IS MADE TO ENSURE THAT INFORMATION PROVIDED IS UPDATED AND CORRECT. THE AUTHORITY DISCLAIMS ANY LIABILITY FOR ANY DAMAGE OR LOSS THAT MAY BE CAUSED AS A RESULT OF ANY ERROR OR OMISSION.

Register of Members of  GENERAL ATLANTIC SINGAPORE FUND PTE. LTD.  (201106196Z)          Date: 05/06/2021

## Shareholder Details

| 2. Name of Member | GA ROBUSTA HOLDING, L.P. | | |
|---|---|---|---|
| Address | Clarendon House, 2 Church Street Hamilton HM CX | Type of Member | Unregister Foreign Company |
| Identification No./UEN | T16UF0019E | Nationality/Citizenship | NA |
| Identification Type | NA | Occupation (Optional) | NA |
| Date Entered as a Member | 28/12/2016 | Date Ceased as a Member | 29/11/2017 |

**Current Holding**

| S/N | Currency Type | Class of Shares | No. of Shares Held | Amount of paid up share capital or amount agreed to be considered as paid | Sub-Class of Share | No. of Shares Held (Sub-Class) | Shares Held in Trust (Optional) | Name of Trust (Optional) |
|---|---|---|---|---|---|---|---|---|
| 1 | USD | Ordinary | 28966 | 28966000 | A | 28966 | ☐ | |
| 2 | USD | Preference | 61798 | 61798000 | A | 61798 | ☐ | |

**Shares Allotted / Transferred In**
*This table only shows lodgement from Incorporation, Amalgamation, Allotment of Shares and Transfer of Shares.

| S/N | Date of Entry into Register | Currency Type | Class of Shares | No. of Shares Held | Amount of paid up share capital or amount agreed to be considered as paid per acquisition/allotment | Sub-Class of Share | No. of Shares Held (Sub-Class) |
|---|---|---|---|---|---|---|---|
| 1 | 28/12/2016 | USD | Ordinary | 28115 | 28115000 | | |
| 2 | 28/12/2016 | USD | Preference | 28115 | 28115000 | | |
| 3 | 29/11/2017 | USD | Ordinary | 28115 | 28115000 | A | 28115 |
| 4 | 29/11/2017 | USD | Preference | 28115 | 28115000 | A | 28115 |
| 5 | 28/12/2017 | USD | Ordinary | 383 | 383000 | A | 383 |
| 6 | 28/12/2017 | USD | Preference | 28143 | 28143000 | A | 28143 |
| 7 | 28/12/2018 | USD | Ordinary | 468 | 468000 | A | 468 |
| 8 | 28/12/2018 | USD | Preference | 5540 | 5540000 | A | 5540 |

**Shares Transferred Out**
*This table only shows lodgement from Transfer of Shares.

| S/N | Date of Removal from Register | Currency Type | Class of Shares | No. of Shares Held | Sub-Class of Share | No. of Shares held (Sub-Class) | Name of Transferee |
|---|---|---|---|---|---|---|---|
| | No record found | | | | | | |

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY (ACRA) 

**INFORMATION RESOURCES**

WHILST EVERY ENDEAVOR IS MADE TO ENSURE THAT INFORMATION PROVIDED IS UPDATED AND CORRECT. THE AUTHORITY DISCLAIMS ANY LIABILITY FOR ANY DAMAGE OR LOSS THAT MAY BE CAUSED AS A RESULT OF ANY ERROR OR OMISSION.

**Register of Members of  GENERAL ATLANTIC SINGAPORE FUND PTE. LTD.  (201106196Z)**   Date: 05/06/2021

| Stock Details | | | | | |
|---|---|---|---|---|---|
| S/N | Date of Lodgement of Conversion | Date of Lodgement of Acquisition | Currency Type | No. of Stock or Stock Units | Amount of Stock/ Stock Units |
| | No record found | | | | |

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY (ACRA) 

## INFORMATION RESOURCES

WHILST EVERY ENDEAVOR IS MADE TO ENSURE THAT INFORMATION PROVIDED IS UPDATED AND CORRECT. THE AUTHORITY DISCLAIMS ANY LIABILITY FOR ANY DAMAGE OR LOSS THAT MAY BE CAUSED AS A RESULT OF ANY ERROR OR OMISSION.

Register of Members of  GENERAL ATLANTIC SINGAPORE FUND PTE. LTD.  (201106196Z)

Date: 05/06/2021

## Shareholder Details

| 3. Name of Member | GA ROBUSTA HOLDING, L.P. | | |
|---|---|---|---|
| Address | Clarendon House, 2 Church Street Hamilton HM CX | Type of Member | Unregister Foreign Company |
| Identification No./UEN | T16UF0019E | Nationality/Citizenship | NA |
| Identification Type | NA | Occupation (Optional) | NA |
| Date Entered as a Member | 29/11/2017 | Date Ceased as a Member | |

### Current Holding

| S/N | Currency Type | Class of Shares | No. of Shares Held | Amount of paid up share capital or amount agreed to be considered as paid | Sub-Class of Share | No. of Shares Held (Sub-Class) | Shares Held in Trust (Optional) | Name of Trust (Optional) |
|---|---|---|---|---|---|---|---|---|
| 1 | USD | Ordinary | 28966 | 28966000 | A | 28966 | ☐ | |
| 2 | USD | Preference | 61798 | 61798000 | A | 61798 | ☐ | |

### Shares Allotted / Transferred In
*This table only shows lodgement from Incorporation, Amalgamation, Allotment of Shares and Transfer of Shares.

| S/N | Date of Entry into Register | Currency Type | Class of Shares | No. of Shares Held | Amount of paid up share capital or amount agreed to be considered as paid per acquisition/allotment | Sub-Class of Share | No. of Shares Held (Sub-Class) |
|---|---|---|---|---|---|---|---|
| 1 | 28/12/2016 | USD | Ordinary | 28115 | 28115000 | | |
| 2 | 28/12/2016 | USD | Preference | 28115 | 28115000 | | |
| 3 | 29/11/2017 | USD | Ordinary | 28115 | 28115000 | A | 28115 |
| 4 | 29/11/2017 | USD | Preference | 28115 | 28115000 | A | 28115 |
| 5 | 28/12/2017 | USD | Ordinary | 383 | 383000 | A | 383 |
| 6 | 28/12/2017 | USD | Preference | 28143 | 28143000 | A | 28143 |
| 7 | 28/12/2018 | USD | Ordinary | 468 | 468000 | A | 468 |
| 8 | 28/12/2018 | USD | Preference | 5540 | 5540000 | A | 5540 |

### Shares Transferred Out
*This table only shows lodgement from Transfer of Shares.

| S/N | Date of Removal from Register | Currency Type | Class of Shares | No. of Shares Held | Sub-Class of Share | No. of Shares held (Sub-Class) | Name of Transferee |
|---|---|---|---|---|---|---|---|
| | No record found | | | | | | |

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)



**INFORMATION RESOURCES**

WHILST EVERY ENDEAVOR IS MADE TO ENSURE THAT INFORMATION PROVIDED IS UPDATED AND CORRECT. THE AUTHORITY DISCLAIMS ANY LIABILITY FOR ANY DAMAGE OR LOSS THAT MAY BE CAUSED AS A RESULT OF ANY ERROR OR OMISSION.

**Register of Members of  GENERAL ATLANTIC SINGAPORE FUND PTE. LTD.  (201106196Z)**                Date: 05/06/2021

| **Stock Details** | | | | | |
|---|---|---|---|---|---|
| S/N | Date of Lodgement of Conversion | Date of Lodgement of Acquisition | Currency Type | No. of Stock or Stock Units | Amount of Stock/ Stock Units |
| | No record found | | | | |

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)



**INFORMATION RESOURCES**

WHILST EVERY ENDEAVOR IS MADE TO ENSURE THAT INFORMATION PROVIDED IS UPDATED AND CORRECT. THE AUTHORITY DISCLAIMS ANY LIABILITY FOR ANY DAMAGE OR LOSS THAT MAY BE CAUSED AS A RESULT OF ANY ERROR OR OMISSION.

**Register of Members of  GENERAL ATLANTIC SINGAPORE FUND PTE. LTD.  (201106196Z)**      Date: 05/06/2021

1. With effect from 01 Jan 2016, the Registrar shall, in respect of every private company, keep and maintain an electronic register of members (EROM) of that company containing such information notified to the Registrar on or after that date. Any entry in the EROM is prima facie evidence of the truth of any matters which are by the Act directed or authorised to be entered or inserted into the EROM. A private company is required to notify the Registrar of the information to be entered in the EROM. Until the company provides complete information to the Registrar, its EROM may not contain any information or may only contain partial information.

2. Please also note that the EROM will not display historical information kept in the company's register of members before 01 Jan 2016, and the company is required to retain its existing register of members, and the information of persons who have ceased to be members.

3. Please approach the company directly if you wish to inspect to its existing register of members and the historical information kept in it.

Please refer to the online BizFile+ Glossary for the full meanings of the acronyms used in this register.

Note :

- The information contained in this product is collated from lodgements filed with ACRA, and/or information collected by other government sources.

FOR REGISTRAR OF COMPANIES AND BUSINESS NAMES
SINGAPORE

RECEIPT NO.                : ACRA210605128754

DATE                       : 05/06/2021

This is computer generated. Hence no signature required.