**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Application of<br><br>FOURWORLD EVENT OPPORTUNITIES, LP and GENESIS EMERGING MARKETS INVESTMENT COMPANY,<br><br>Petitioners, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | Case No.: 21-mc-543 (PKC) |

### ORDER GRANTING EX PARTE APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY <u>FOR USE IN A FOREIGN PROCEEDING</u>

This matter came before the Court upon the application of FourWorld Event Opportunities, LP and Genesis Emerging Markets Investment Company ("**Petitioners**"), for an Order authorizing Petitioners to obtain certain limited discovery under 28 U.S.C. § 1782 (the "**Application**").

The Court, having considered the Application and the supporting Memorandum of Law, Declarations and Exhibits,

IT IS HEREBY ORDERED that:

1. The Application is GRANTED;

2. Petitioners are authorized to take discovery from **Respondents**[1], entities found in this District, by issuing subpoenas seeking the production of documents in the form attached to the Loft Declaration as Exhibits 1–25 (the "**Subpoena**");

---

[1] General Atlantic LLC ("GA LLC"), General Atlantic Singapore Fund Pte. Ltd. ("GASF"), GASF Interholdco Ltd. ("GASF Interholdco"), General Atlantic Partners (Bermuda) III, LP ("GAP Bermuda III"), General Atlantic Partners (Bermuda) IV LP ("GAP Bermuda IV"), Inc.,

3. Respondents shall produce the requested documents within thirty (30) days of service of the Subpoena (together with a copy of this Order), or such other dates as agreed between the parties, and in conformity with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Southern District of New York. The entry of this Order does not foreclose Respondents from seeking relief under Rule 26 and Rule 45, if appropriate. Any Rule 45 objections shall be served on all parties and counsel of record within ten days after service of the Subpoena;

4. Respondents shall appear for a Rule 30(b)(6) deposition in compliance with the Subpoena on a mutually agreeable date within a reasonable time after Respondents confirm the final production of documents in response to the Subpoena; and

5. Until further Order by this Court, Respondents shall preserve all documents, electronic or otherwise, and any evidence in its possession, custody or control that contain information potentially relevant to the subject matter of the foreign proceeding at issue in the Application.

---

General Atlantic GenPar (Bermuda) LP ("GA GenPar"), GAP (Bermuda) Ltd. ("GAP Bermuda Ltd."), GAP Coinvestments III LLC ("GAPCO III"), GAP Coinvestments IV LLC ("GAPCO IV"), GAP Coinvestments V LLC ("GAPCO V"), GAP Coinvestments CDA LP ("GAPCO CDA"), General Atlantic Singapore 58 Pte. Ltd. ("GAS 58"), and General Atlantic Singapore 58TP Pte. Ltd. ("GAS 58TP" and, together, "General Atlantic" or "General Atlantic Entities") as well as Warburg Pincus LLC ("WP LLC"), Warburg Pincus China-Southeast Asia II (Cayman) LP ("WP Asia II"), Warburg Pincus China-Southeast Asia II-E (Cayman) LP ("WP Asia II-E"), WP China-Southeast Asia II Partners (Cayman) LP ("WP Asia II Partners"), Warburg Pincus China-Southeast Asia II Partners LP ("Warburg Asia II Partners"), Warburg Pincus (Callisto) Global Growth (Cayman) LP ("WP Callisto"), Warburg Pincus (Europa) Global Growth (Cayman) LP ("WP Europa"), Warburg Pincus Global Growth-B (Cayman) LP ("WPGB"), Warburg Pincus Global Growth-E (Cayman) LP ("WPGE"),  WP Global Growth Partners (Cayman) LP ("WPG Partners"), and Warburg Pincus Global Growth Partners (Cayman) LP ("Warburg Growth Partners"), and Polarite Gem Holdings Group, Ltd. ("Polarite" and, together, "Warburg Pincus" or "Warburg Pincus Entities").

DATED this 9th day of August, 2021.

_____
P. Kevin Castel
United States District Judge