UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of<br><br>FOURWORLD EVENT OPPORTUNITIES, LP and GENESIS EMERGING MARKETS INVESTMENT COMPANY,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding | Case No. 1:21-mc-00543 (PKC) |

**58.COM, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for proposed intervenor 58.com, Inc. hereby certifies that 58.com, Inc. is a privately held corporation, Quantum Bloom Group Ltd is 58.com's parent company, and that no publicly traded company has an ownership interest of 10% or more in 58.com, Inc.

Dated: March 21, 2022
        New York, N.Y.

                                        /s/ Timothy G. Nelson_____
                                        Timothy G. Nelson

                                        SKADDEN, ARPS, SLATE, MEAGHER
                                        & FLOM LLP
                                        One Manhattan West
                                        New York, N.Y. 10001-8602
                                        Telephone: (212) 735-2193
                                        Facsimile: (917) 777-2193
                                        timothy.g.nelson@skadden.com

                                        *Attorney for 58.com, Inc.*