UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————

In re Application of FourWorld Event Opportunities, LP, et al.

———————————————————————

21-mc-543 (PKC)

Order

CASTEL, U.S.D.J.

      Motion to compel deposition of Warburg Rule 30(b)(6) witness GRANTED to the extent that the witness shall be produced on or before March 17, 2023 and otherwise DENIED.  Letter motion (DE 50) should be terminated by the Clerk.

      SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated:  New York, New York
       January 30, 2023